```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 00984
   YOLANDA M COLE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-8929


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/09/2004 and was confirmed 03/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED            .00              .00             .00
CITY OF CHICAGO WATER DE  SECURED           450.00              .00          450.00
SHERMAN ACQUISITION       SECURED          3900.00           707.84         3900.00
CITIFINANCIAL             UNSECURED      NOT FILED              .00             .00
LITTON LOAN SERVICING     CURRENT MORTG  41536.86               .00        41536.86
WESLEY T KOZENY           NOTICE ONLY    NOT FILED              .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE  15399.56               .00        15399.56
AMERITECH CELLULAR        UNSECURED      NOT FILED              .00             .00
SHERMAN ACQUISITION       UNSECURED         105.46              .00           10.55
COMMONWEALTH EDISON       UNSECURED        1132.85              .00          113.29
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED              .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED        1066.95              .00          106.70
ORCHARD BANKCARD SERVICE  UNSECURED      NOT FILED              .00             .00
VALIC                     UNSECURED      NOT FILED              .00             .00
TIMOTHY K LIOU            FILED LATE       1393.83              .00             .00
THOMAS HOLSTEIN           DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                          3,837.31
DEBTOR REFUND             REFUND                                             737.89

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              66,800.00

PRIORITY                                          .00
SECURED                                     61,286.42
   INTEREST                                    707.84
UNSECURED                                      230.54
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         3,837.31
DEBTOR REFUND                                  737.89

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 00984 YOLANDA M COLE
```

```
                               ---------------      ---------------
TOTALS                                66,800.00            66,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 11/20/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 00984 YOLANDA M COLE